**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7626**

———————————

WILLIAM W. WILKINS, JR.,

Plaintiff - Appellant,

versus

DOCTOR SARAF, MD; L. GARRIS, RN; DANE HOWELL,
NP,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CA-95-243-AM)

———————————

Submitted:  January 11, 1996        Decided:  January 25, 1996

———————————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William W. Wilkins, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the dismissal without prejudice of his 42 U.S.C. § 1983 (1988) complaint. Appellant's complaint was dismissed without prejudice to his right to file a proper claim alleging facts that show specific injury to himself. This court may exercise jurisdiction only over final orders, and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1988); FED. R. CIV. P. 54(b). Because Appellant may be able to save this action by amending his complaint, the dismissal order which Appellant seeks to appeal is not an appealable final order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993). Accordingly we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2